# Court of Appeals
# of the State of Georgia

ATLANTA, July 11, 2019

*The Court of Appeals hereby passes the following order*

**A19D0512. LATRENZO BROWN v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2019CR040



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, July 11, 2019.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*